# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| MICHELLE BUTLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2023-CV-01445 ) ) |
| ADVANCE TRADING, INC., an Illinois domestic corporation, | ) ) ) |
| Defendant. | ) ) |

## JOINT STATUS REPORT

Plaintiff, Michelle Butler, and Defendant, Advance Trading, Inc. (collectively, the "Parties"), hereby jointly file the following status report:

The Parties have reached an agreement to settle this matter in principal and respectfully request a 30-day stay of all deadlines, including Defendant's responses to Plaintiff's discovery requests and the fact discovery deadline, to facilitate the resolution of this matter.

Dated: November 26, 2024                                     Respectfully submitted,


By: */s/ Dawn Wall*
Dawn L. Wall (#6196948)
dwall@cwlawoffice.com

**COSTIGAN & WOLLRAB, P.C.**
308 East Washington Street
Bloomington, Illinois 61702
Tel: (309) 828-4310
Fax: (309) 828-4325

*Attorney for Plaintiff*
*MICHELLE BUTLER*

By: */s/ Susan Best*
Susan Best (#6302403)
sbest@grsm.com

**Gordon Rees Scully Mansukhani LLP**
1 N. Franklin St., Suite 800
Chicago, IL 60606
Tel: (312) 565-1400
Fax: (312) 565-6511

*Attorney for Defendant*
*ADVANCE TRADING, INC.*

## CERTIFICATE OF SERVICE

      I, Jessica L. Petrovski, an attorney of record, hereby state that on November 26, 2024, I electronically filed the above *Joint Status Report* using the Court's CM/ECF Filing System, which will send electronic notice to all counsel of record.

By:    */s/ Jessica L. Petrovski*
Jessica Petrovski (#6339513)
**Gordon Rees Scully Mansukhani LLP**
1 N. Wacker Drive, Suite 1600
Chicago, IL 60606
Tel: (312) 565-1400
Fax: (312) 565-6511
jpetrovski@grsm.com

*Attorney for Defendant*
*ADVANCE TRADING, INC.*


Dawn L. Wall (#6196948)
dwall@cwlawoffice.com

**COSTIGAN & WOLLRAB, P.C.**
308 East Washington Street
Bloomington, Illinois 61702
Tel: (309) 828-4310
Fax: (309) 828-4325

*Attorney for Plaintiff*
*MICHELLE BUTLER*